F. W. WOOLWORTH CO. ET AL. *v.* UNITED STATES

**No. 5366.**—Invoices dated Sonneberg, Germany, July 21, 1938, etc.
Certified July 25, 1938, etc.
Entered at San Francisco, Calif., September 2, 1938, etc.
Entry No. 1859, etc.

(Decided July 31, 1941)

*Sharretts & Hillis* (*Arthur L. Tallman* of counsel) for the plaintiffs.

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

OLIVER, Presiding Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, involve the proper dutiable value of certain Christmas-tree ornaments and glass animals or novelties exported from Germany and imported at the port of San Francisco.

The cases have been submitted for decision on a stipulation entered into by and between counsel for the respective parties, wherein it is agreed, in substance, as follows:

(1) That the Christmas-tree ornaments and glass animals or novelties in question were exported from Germany during the period from August, 1936, through December, 1939.

(2) That the instant merchandise is similar in all material respects to that which was the subject of the decision in the case of *F. W. Woolworth Co. et al.* v. *United States,* (Reap. Dec. 5094).

(3) That the market conditions existing during the period of exportation of the articles in question were similar, if not identical, to the conditions found to be prevailing in the foreign market as described in the *Woolworth Co.* case, *supra.*

(4) That the record in the *Woolworth Co.* case, *supra,* may be incorporated in and made a part of the record in the present cases.

As to all the foregoing, plus, when not included in such *per se* unit invoice prices, the costs of cases and packing and the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, as invoiced, whenever reported as dutiable by the appraiser.

The appeals having been abandoned insofar as they relate to all other merchandise, to that extent the appeals are hereby dismissed. Judgment will be rendered accordingly.